UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BARBARA ANN CLAYTON,

              Petitioner,

v.

DONA ZAVISLAN,

              Respondent.

CASE NO. C16-5864BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Petitioner's petition for habeas corpus (Dkt. 8) is **DENIED**;

(3)     A certificate of appealability is **DENIED**; and

(4)     This case is closed.

Dated this 4th day of April, 2017.

                                              BENJAMIN H. SETTLE
                                              United States District Judge